**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JOSEPH DANIEL BURNS**                                          **PETITIONER**

**VS.**                                           **CIVIL ACTION NO.: 1:04CV318-WAP**

**CHRISTOPHER EPPS, ET AL.**                                 **RESPONDENTS**

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that all relief requested in the petition for writ of habeas corpus filed in the above-referenced cause is hereby **DENIED**, and the Petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 14th day of August, 2008.

                                                           /s/ W. Allen Pepper, Jr.
                                                           W. ALLEN PEPPER, JR.
                                                           UNITED STATES DISTRICT JUDGE