**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JOSEPH DANIEL BURNS**                                                   **PETITIONER**

**VS.**                                                **CIVIL ACTION NO.: 1:04CV318-WAP**

**CHRISTOPHER EPPS, ET AL.**                                         **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and separate Order issued today in the above-referenced cause, all relief requested in Petitioner's Petition for Writ of Habeas Corpus is hereby **DENIED** and the Petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 14th day of August, 2008.

                                                          /s/ W. Allen Pepper, Jr.
                                                          W. ALLEN PEPPER, JR.
                                                          UNITED STATES DISTRICT JUDGE